AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court

**for the**
**Western District of New York**

**United States of America**

**v.**

**Case No. 26-mj-1074**

**KEITH HOLMES**

*Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

### COUNT I

#### (Assault on a Federal Officer)

On or about June 8, 2026, in the Western District of New York, the defendant, KEITH HOLMES, did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated as an Officer or employee of the United States under Title 18, United States Code, Section 1114, while that person was engaged in the performance of official duties, using a deadly and dangerous weapon in violation of Title 18, United States Code, Sections 111(a)(1) and 111(b).

### COUNT II

#### (Discharge of a Firearm in Furtherance of a Crime of Violence)

On or about June 8, 2026, in the Western District of New York, the defendant, KEITH HOLMES, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, a violation of Title 18, United States Code, Section 111(a)(1) and 111(b), committed in the manner set forth in Count I, the allegations of which are incorporated herein by reference, did knowingly use, carry, and discharge, and in furtherance of such crime did knowingly possess and discharge, a firearm, all in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

## COUNT III

### (Felon in Possession of Ammunition)

On or about June 8, 2026, in the Western District of New York, the defendant, KEITH HOLMES, knowing that he had previously been convicted on or about October 27, 2020, of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition, that is, twenty (20) rounds of 9mm LUGER ammunition, all of which had been shipped or transported in interstate or foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Keith E. Bender*

_____
*Complainant's signature*

KEITH E. BENDER
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION
_____
*Printed name and title*

Sworn to before me and signed telephonically.

Date: June 9, 2026

_____
*Judge's signature*

City and State: Buffalo, New York

HON. JEREMIAH J. MCCARTHY
UNITED STATES MAGISTRATE JUDGE
_____
*Printed name and title*

2

## <u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>

STATE OF NEW YORK  )
COUNTY OF ERIE     )     SS:
CITY OF BUFFALO    )

**KEITH E. BENDER** being duly sworn deposes and states:

1.     I am a Special Agent of the United States Department of Justice, Federal Bureau of Investigation ("FBI"), and I am empowered by law to investigate and make arrests for offenses enumerated in Title 18, including 18 U.S.C. § 2113. As such, I am an "investigative or law enforcement officer" within the meaning of 18 U.S.C. § 2510(7). I have been employed as a Special Agent of the FBI since 2009 and am currently assigned to the Buffalo Field Office, Safe Streets Task Force ("SSTF"). While employed by the FBI, I have investigated federal criminal violations related to violent street gangs, firearms trafficking, narcotics trafficking, robberies, immigration matters, organized crime, and terrorism. I have gained experience through training by the FBI and the investigations in which I have personally participated.

2.     As part of my current duties, I have become involved in an investigation of suspected violations of Title 18, United States Code, Sections 111(a)(1) and (b) (assault on a federal officer); Title 18, United States Code, Section 922(g)(1) (felon in possession of ammunition); and Title 18, United States Code, Section 924(c)(1)(A)(iii) (discharge of a firearm in furtherance of a crime of violence).

3.      I make this affidavit in support of the attached criminal complaint charging KEITH HOLMES, hereinafter referred to as "HOLMES," with forcibly assaulting, resisting, opposing, impeding, intimidating, or interfering with an officer of the United States while engaged in or on account of the performance of official duties and, in the commission of said violation, with using a deadly or dangerous weapon, in violation of Title 18, United States Code, Sections 111(a) and (b); with being a felon in possession of ammunition which had been shipped or transported in interstate or foreign commerce in violation of Title 18, United States Code, Section 922(g)(1); and with discharging a firearm in furtherance of a crime of violence in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii) (hereinafter, the "Enumerated Offenses").

4.      The statements contained in this affidavit are based upon my personal knowledge and upon information provided to me by other law enforcement officers.  Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause to believe that HOLMES did knowingly violate the Enumerated Offenses.

**PROBABLE CAUSE**

5.      On May 13, 2026, United States District Judge for the Western District of New York, Honorable Meredith Vacca, ordered the issuance of a warrant for KEITH HOLMES for violating the terms of his federal supervised release.  The federal arrest warrant was issued the same day, causing HOLMES to become a fugitive from justice.  HOLMES was placed on

federal supervised release as a condition of his sentence on convictions for Title 21, United States Code, Section 841(a)(1) (possession with intent to distribute fentanyl) and Title 18, United States Code, Section 924(c)(1)(A)(i) (possession of a firearm in furtherance of a drug trafficking crime) in the District of Maine on October 27, 2020.  Jurisdiction of HOLMES' supervision was ultimately transferred to U.S. District Judge Vacca.

6.      On June 8, 2026, four (4) Deputy United States Marshals ("DUSM"), along with nine (9) USMS Task Force Officers assigned to the Western New York Regional Fugitive Task Force ("RFTF"), conducted a planned arrest operation of HOLMES for violations of his terms of supervised release at 861 Glenwood Ave, Rear Cottage, Upper, Buffalo, New York.

7.      At approximately 3:25 pm, members of the RFTF surrounded the residence and conducted a knock and announce at the apartment door, clearly identifying themselves as law enforcement officers.  RFTF members entered the apartment and approached the bedroom where HOLMES was located. HOLMES, utilizing a firearm, fired multiple rounds through the bedroom door in the direction of the Deputy U.S. Marshals and Task Force Officers, striking a ballistic shield held by one Deputy U.S. Marshal approximately three (3) times. A photo of the shield is depicted below:



8.      Law Enforcement returned fire striking HOLMES and incapacitating him. After he was incapacitated, law enforcement observed a firearm still in HOLMES' hand. HOLMES was taken into custody, provided medical treatment, and transported under escort to the Erie County Medical Center for treatment of his injuries. No members of law enforcement were injured.

9.      The scene was secured by members of the Buffalo Police Department ("BPD") and all evidence related to HOLMES was left on scene. The scene remained secured by BPD when your affiant arrived on scene.  A federal search warrant for the premises located at 861 Glenwood Ave, Rear Cottage, Upper, Buffalo, New York, was issued by United States

4

Magistrate Judge Jeremiah J. McCarthy and executed at approximately 9:00 pm on June 8, 2026.

10.     During the course of the search warrant execution, the FBI recovered a 9mm privately made firearm, otherwise known as a "ghost gun," covered in blood, from the rear bedroom on a dresser near where RFTF members initially encountered HOLMES. The FBI also recovered approximately 20 live rounds of 9mm LUGER ammunition.  Multiple fired 9mm cartridge casings were also recovered from the vicinity. A photo of the "ghost firearm" (see Exhibit Marker #18) and multiple fired cartridge casings (see Exhibit Markers #19, 20, 21, and 23) is depicted below:



11.     On June 9, 2026, ATF Special Agent William Farnham examined the live ammunition seized by law enforcement at **HOLMES'** residence and determined that the 20 rounds of 9mm LUGER ammunition were manufactured outside the state of New York and

would have travelled in and affected interstate commerce prior to it being possessed by **HOLMES**.

12.     A review of **HOLMES's** criminal history, as detailed further in ¶ 5, above, determined that he was convicted on October 27, 2020, in the United States District of Maine, with crimes punishable by more than one year in prison.  As a result of these convictions, **HOLMES** cannot legally possess a firearm or ammunition.

13.     WHEREFORE, I respectfully submit the foregoing facts establish probable cause to charge **HOLMES**, based upon his conduct on June 8, 2026, with forcibly assaulting, resisting, opposing, impeding, intimidating, or interfering with an officer of the United States while engaged in or on account of the performance of official duties and, in the commission of said violation, with using a deadly weapon, in violation of Title 18, United States Code, Sections 111(a) and (b); with being a felon in possession of ammunition which had been shipped or transported in interstate or foreign commerce in violation of Title 18, United States Code, Section 922(g)(1); and with discharging a firearm in furtherance of a crime of violence in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

_Keith E. Bender_
KEITH E. BENDER
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed telephonically

this 9th day of June, 2026

HONORABLE JEREMIAH J. McCARTHY
United States Magistrate Judge

6